FILED

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0406

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0406

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

SAMI JO LODAHL,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, affidavit in support, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 22, 2020, within which to prepare, file, and serve the Opening Brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 15 2020